UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRADLEY SCHAEFER,                          )
                                           )
            Plaintiff,                     )
                                           )
      vs.                                  )   Case No. 1:13-cv-01201-DML-RLY
                                           )
CARSON SMITHFIELD, LLC and                 )
RESURGENT CAPITAL SERVICES,                )
L.P.,                                      )
                                           )
            Defendants.                    )

## Judgment

By separate entry the court granted the defendants' motion for summary

judgment. Judgment is hereby entered in favor of Carson Smithfield, LLC and

Resurgent Capital Services, L.P. and against Bradley Schaefer on all claims in the

plaintiff's complaint.

So ORDERED.


Date: March 27, 2015                    _Debra McVicker Lynch_
                                        Debra McVicker Lynch
Laura A. Briggs, Clerk                  United States Magistrate Judge
                                        Southern District of Indiana
BY: ____Philip A Gordon_____

      Deputy Clerk, U.S. District Court



Distribution:

All ECF-registered counsel of record by email through the court's ECF system